**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GRAJEDA-GONZALEZ, | ) Case No. CV 16-9122-DOC (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| D. SHINN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 3, 2020

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE